No. 528, Misc. GIVENS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 529, Misc. BOLAND *v.* MURPHY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 532, Misc. COOK *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 534, Misc. MILLER *v.* NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 536, Misc. BECKER *v.* WEBCOR, INC. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *William A. Snow* for respondent.

No. 537, Misc. MORGAN, ALIAS HARRIS, *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *King David* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 551, Misc. WISSENFELD *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 553, Misc. WHITE *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 555, Misc. MANSFIELD *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 556, Misc. TALBERT *v.* BANNAN ET AL. Supreme Court of Michigan. Certiorari denied.